# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| EDWARD PRINTUP, | : No. 67 MM 2014 |
|---|---|
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, DAUPHIN COUNTY DISTRICT ATTORNEY, | : |
| Respondent | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the "Application for Petition Seeking Extraordinary Relief under King[']s Bench Authority" is **DENIED**.